___ FILED    ___ ENTERED
___ LOGGED   ___ RECEIVED

AO 91 (Rev. 08/09) Criminal Complaint

MAY 17 2013

# UNITED STATES DISTRICT COURT
### for the
Middle District of Pennsylvania

AT BALTIMORE
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

United States of America )
v. )
SEE EXHIBIT 1 ) Case No. 3:13mj40
)
)
_____ )

*Defendant(s)*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __January 1, 2013 to the present__ in the county of _____Luzerne_____ in the _____Middle_____ District of _____Pennsylvania_____, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 USC Section 846 | Conspiracy to distribute and possess with intent to distrubute heroin, a Schedule I controlled substance and cocaine, a Schedule II controlled substance |

FILED
SCRANTON

MAY 13 2013

PER _____
    DEPUTY CLERK

This criminal complaint is based on these facts:
See attached Affidavit

☒ Continued on the attached sheet.

_____
*Complainant's signature*

TFO Joseph Coffay
*Printed name and title*

Sworn to before me and signed in my presence.

Date: __05/13/2013__

_____
*Judge's signature*

City and state: _____Scranton, PA_____   Thomas M. Blewitt, U.S. Magistrate Judge
*Printed name and title*

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA             :
                                     :
v.                                   :  NO.:
                                     :
MICHAEL MURRAY AKA "DANGER";         :
ZACKARAE LOWE AKA "SP";              :
CHRISTOPHER GAYTON AKA "HOV";        :
WILLIAM PATTERSON AKA "PRETTY";      :
AHSLEE TAYLOR; DAMON MURRAY;         :
JUSTIN MURPHY AKA "BRACKS";          :
TERESA BRADIGAN; RICHARD MURPHY      :
AKA "RICH" AKA "CHRISTIAN" AKA       :
"MEGA" and ALEJANDRO DELROSARIO,     :
                                     :
         Defendants.                  :

EXHIBIT 1